UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

GOLD COAST RESTAURANTS, INC.,
d/b/a Leverocks, d/b/a Johnny Leverocks
Seafood House,

    Debtor.
_____/

STMS, INC., a Florida
corporation,

    Plaintiff,

BELFOR USA GROUP, INC.,
a/k/a INRECON, LLC, a foreign
corporation,

    Defendant.
_____/

Case No. 8:04-bk-18529-KRM
Chapter 11

Adversary Proceeding No. 06-00455
Referred by U.S.Dist.Crt., M.D. Fla.,
Case No. 06-CV1667-T-27EAJ

Appeal No. 8:07-cv-01886-JSM

**ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS**

This matter having come before the Court upon the Joint Stipulation (Dkt. #12) of the parties, the Court having read same and being otherwise fully advised in the premises,

NOW, THEREFORE, the Court orders as follows:

1. This appeal is dismissed with prejudice and without costs or attorney fees.
2. All pending motions are denied as moot.
3. The Clerk is directed to close this file.

DONE and ORDERED in Tampa, Florida on December 21, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2007\07-cv-1886 joint stipulation.frm